FILED

11/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0185

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0185

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.                                  O R D E R

DEVIN DERUSKY LANDUCCI,

      Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed electronically on November 8, 2023, this Court has determined that the brief does not comply with the Rules and must be resubmitted as it appears the Appellant has inadvertently resubmitted his opening brief, rather than a reply brief. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
November 8 2023